**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ARKEMA INC.,

*Plaintiff*,

v.

U.S. Environmental Protection Agency, *et al.*,

*Defendants*.

Civil Action No. 1:26-cv-00886 (LLA)

**Defendants' Unopposed Motion to Extend Deadline**

Defendants ("EPA") respectfully move the Court for an extension, from November 9 until December 4, 2026, to respond to the Complaint, ECF No. 5. Pursuant to Local Rule 7(m), undersigned counsel for EPA contacted counsel for Plaintiff, and Plaintiff does not oppose this motion.

Plaintiff filed the Complaint on March 16, 2026. ECF No. 5. EPA was served on May 6, 2026. ECF No. 13. EPA's current deadline to respond to the Complaint is November 9, 2026. September 2, 2026 Minute Order.

As noted in a Joint Status Report in a related case, *Environmental Defense Fund v. EPA*, No. 1:20-cv-762, EPA, Plaintiff-Arkema, and Plaintiffs in *Environmental Defense Fund* are making significant process in preparing a proposal that would address the competing issues in this case and *Environmental Defense Fund*. *See, e.g.*, *EDF v. EPA*, No. 1:20-cv-762, ECF No. 88. Given the parties' continued discussions, EPA respectfully requests that the Court extend EPA's deadline to respond to the Complaint to December 4, 2026. This extension preserves

party and judicial resources because it allows EPA to focus resources on exploring the possibility of a resolution for addressing the competing issues in this case and *Environmental Defense Fund*.

Date: November 5, 2026

Respectfully submitted,

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

*/s/ Jin Hyung Lee*
Jin Hyung Lee
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-7264
Jin.hyung.lee@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ARKEMA INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. Environmental Protection Agency, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-00886 (LLA) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion to Extend Deadline, it is hereby ORDERED that:

Defendants' Motion is GRANTED; and

Defendants' deadline for responding to the Complaint is hereby extended to December 4, 2026.

**SO ORDERED.**

________________________
LOREN L. ALIKHAN
United States District Judge